IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRA WEISS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:06-cv-1124 DWA |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this 27th day of June, 2007, upon consideration of Plaintiff's Stipulated Notice of Dismissal With Prejudice, and Defendant having consented, it is hereby ORDERED, ADJUDGED and DECREED that the above-captioned matter is hereby DISMISSED with prejudice.

BY THE COURT:

_____
Donetta W. Ambrose
Chief United States District Judge